UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SETH SCHILL,<br><br>                           Plaintiff,<br><br>-against-<br><br>CORRECTIONAL OFFICER JOHN KLOSTERMAN; CORRECTIONAL OFFICER GLENN DAVIS; CORRECTIONAL OFFICER AARON DAVIS; SGT. TOCCO,<br><br>                           Defendants. | 20-CV-5900 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

      By order dated July 31, 2020, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 29, 2020
               New York, New York

                                                       COLLEEN McMAHON
                                                Chief United States District Judge